### B. M. BELL, Appellant, v. STATE of Texas, Appellee.
#### No. 22063.

Court of Criminal Appeals of Texas.

Feb. 18, 1942.

No attorney for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Forgery is the offense; the punishment, two years in the state penitentiary.

Appellant has filed his affidavit advising this court that he does not further desire to prosecute his appeal, and prays that the appeal be dismissed.

The appeal is dismissed at the request of appellant.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

### Lennis HALL, Appellant, v. STATE of Texas, Appellee.
#### No. 21995.

Court of Criminal Appeals of Texas.

Feb. 4, 1942.

Nat Gentry, Jr., of Tyler, for appellant.

Spurgeon E. Bell., State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant has filed an affidavit asking leave to withdraw his appeal. It is verified and is in proper form. The motion is granted and the appeal is accordingly dismissed.

### Benjamin Harrison LAWSON, Appellant, v. STATE of Texas, Appellee.
#### No. 21905.

Court of Criminal Appeals of Texas.

Feb. 11, 1942.

W. A. Johnson, of San Angelo, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Attempting to pass a forged check is the offense; the punishment, five years in the state penitentiary.

Appellant has filed his affidavit stating that he no longer desires to prosecute his appeal and prays that it be dismissed.

The appeal is dismissed at appellant's request.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.